IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| THE SSI GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| AMERICAN HOSPITAL ASSOCIATION | ) | JURY TRIAL DEMANDED |
| and HEALTH FORUM, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT FOR DECLARATORY JUDGMENT AND EQUITABLE RELIEF**

Plaintiff, The SSI Group, Inc. ("SSI") states and alleges as follows:

**Parties**

1. Plaintiff The SSI Group, Inc. is a Florida corporation having its principal place of business at 4721 Morrison Drive, Mobile, Alabama.

2. Defendant American Hospital Association is a not-for-profit corporation organized under the laws of the state of Illinois with its principal place of business at 155 N. Wacker Drive, Suite 400, Chicago, Illinois.

3. Defendant Health Forum, LLC is a wholly owned subsidiary of AHA and is a limited liability company organized under the laws of the state of Illinois with its principal place of business at 155 N. Wacker Drive, Suite 400, Chicago, Illinois. Defendants shall hereinafter be referred to collectively as "AHA."

## Jurisdiction and Venue

4. This is an action for Declaratory Judgment under 28 U.S.C. §§ 2201 and 2202 arising from an actual controversy between the parties with regard to non-infringement, validity and enforceablility of a series of copyrights that purportedly cover various versions of the Official UB-04 Data Specifications Manual and the UB-04 codes and descriptions contained therein (collectively, the "UB-04 Copyrights").

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 2201 and 2202 and 28 U.S.C. §§ 1331, 1332, and 1338(a).

6. This Court has personal jurisdiction over AHA because it conducts regular business activities in the State of Alabama and in this judicial district.

7. Venue in this District is proper pursuant to 28 U.S.C. § 1391(b) and (c).

## UB-04 Codes

8. Through a committee of the AHA called the "National Uniform Billing Committee" or "NUBC," the AHA has published a healthcare claim billing form called the UB-04 form that has become the standard means by which health claims are submitted via hard copy (on paper) in the United States (as opposed to electronic submission). The form identifies a core, standardized set of data about services provided to the patient, the clinical basis for treatment, related events surrounding the patient's care, and other information required by third-party payers. Each of these data elements is assigned a numbered space on the form.

9. Through the NUBC, AHA has also produced fourteen sets of codes that are used to complete certain numbered spaces on the UB-04 form. These codes are known as UB-04 codes and represent information about the claim, such as, *inter alia*, the patient's diagnosis and the procedures performed. Each code is a series of numerical digits that is randomly assigned to a particular medical diagnosis or procedure, and AHA publishes the UB-04 codes in its Official UB-04 Data Specifications Manual.

10. For at least the last eight years, the United States government, acting through the Center for Medicare Services (commonly known in the healthcare industry as "CMS"), has officially adopted the UB-04 form and the associated UB-04 codes, and it has required by regulation (*see* 42 C.F.R. § 424.32) that all healthcare providers in the United States use the UB-04 form and codes when submitting a claim for payment to Medicare or Medicaid.

11. Consequently, UB-04 codes are the sole means by which healthcare providers communicate necessary diagnosis and treatment information to the U.S. government payers and, as a result of the resulting ubiquity of the codes, the codes are also uniformly required by private insurance payers for the processing of healthcare insurance claims.

### SSI's Business and Products

12. SSI develops and sells healthcare financial management software and other software relating to information management in the healthcare industry throughout the United States, including in this judicial district.

13. By necessity, certain of SSI's products contain, among other things, functionality that automatically checks for errors in the data that users input into UB-04 forms, including by checking the accuracy of the input UB-04 codes, and certain of SSI's products also allow users to look up the description of the diagnosis or procedure to which each UB-04 code corresponds. Not surprisingly due to their ubiquity in the healthcare industry, the UB-04 codes are publicly available and viewable at numerous third-party web sites, including the main CMS web site.

### AHA's Allegations of Infringement

14. AHA purports to own a copyright in various versions of the UB-04 codes and in the Official UB-04 Data Specifications Manual.

15. In or around May 2012, a representative of AHA contacted SSI and asserted that SSI's products that enable healthcare providers to – out of necessity – use UB-04 codes in their billing practices infringe AHA's UB-04 Copyrights, and the parties have subsequently been unable to resolve their dispute.

### CAUSES OF ACTION
### Count I – Declaration of Invalidity

16. SSI realleges and incorporates herein the preceding paragraphs 1-15.

17. Each of the UB-04 Copyrights is invalid, unenforceable and/or void for failure to comply with one or more requirements of the copyright laws of the United States.

18. Specifically, each of the works underlying the UB-04 Copyrights lacks the requisite originality for copyright protection, the UB-04 codes themselves represent facts in the United States healthcare industry and are consequently incapable of copyright protection, copyright protection for the works underlying the UB-04 Copyrights is barred by the merger doctrine, and the UB-04 codes have entered the public domain.

19. In addition, any copyright protection that did exist at any time in the works underlying the UB-04 Copyrights was extinguished when the United States government formally adopted them as law.

## Count II – Declaration of Non-Infringement

20. SSI realleges and incorporates herein the preceding paragraphs 1-19.

21. To the extent the works underlying the UB-04 Copyrights are entitled to any copyright protection, that protection is *extremely* thin, and the nature of SSI's reliance upon the UB-04 codes as described herein has not infringed and is not now infringing any of the UB-04 Copyrights.

**WHEREFORE**, SSI prays for judgment against Defendants as follows:

    A. Declaring that the UB-04 Copyrights are not infringed by SSI;

    B. Declaring that the UB-04 Copyrights are invalid, void, and unenforceable;

    C. Awarding to SSI its reasonable attorneys' fees, expenses and costs in this action; and

      D.      Awarding such other and further relief as the Court deems just and equitable.

**SSI DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

Dated: October 29, 2012            By:   /s/ James D. Brooks

        James D. Brooks
        James D. Brooks PC
        3660 Dauphin St, #A
        Mobile, Alabama 36608
        Phone: 251.342.2711

        Timothy W. Kaufman
        Springhill Health Services, Inc.
        3632 Dauphin Street, Suite 101B
        Mobile, Alabama 36608
        Phone:  251.460.5280

*Of Counsel:*

        Lee J. Eulgen
        Gregory J. Leighton
        Neal, Gerber & Eisenberg LLP
        2 North LaSalle Street, Suite 1700
        Chicago, Illinois  60602
        Phone: 312.269.8000

*Attorneys for The SSI Group, Inc.*