**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| THE SSI GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12-cv-00684-KD-C |
| | ) | |
| AMERICAN HOSPITAL ASSOCIATION | ) | Judge: Hon. Kristi K DuBose |
| and HEALTH FORUM, LLC, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## THE SSI GROUP INC.'S ANSWER AND DEFENSES TO COUNTERCLAIMS

Plaintiff The SSI Group, Inc. ("Plaintiff" or "SSI"), by and through its undersigned counsel, as and for its Answer and Affirmative Defenses to the Counterclaims against it by Defendant American Hospital Association ("Defendant" or "AHA"), states as follows:

1.     Plaintiff American Hospital Association is a non-profit corporation organized under the laws of the state of Illinois with its principal place of business at 155 N. Wacker Drive, Suite 400, Chicago, IL 60606.

**ANSWER:**     SSI admits the allegations of Paragraph 1.

2.     Upon information and belief, SSI Group is a Florida corporation with its principal place of business at 4721 Morrison Drive, Mobile, Alabama.

**ANSWER:**     SSI admits the allegations of Paragraph 2.

3.     These Counterclaims are for infringement of federally registered copyrights in violation of the Copyright Act, 17 U.S.C. § 501 and for breach of contract in violation of the law of the State of Illinois.

**ANSWER:**     SSI admits only that the Counterclaims purport to set forth an action for copyright infringement pursuant to the Copyright Act, 17 U.S.C. § 501 and for breach of contract pursuant to the law of the State of Illinois.  SSI denies the remaining allegations of Paragraph 3.

4.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this is a civil action arising under an Act of Congress relating to copyright. This Court has supplemental jurisdiction over the Illinois state Counterclaim alleged in Paragraphs 50-54 below pursuant to 28 U.S.C. § 1367(a), because such Counterclaim is so related to the federal Counterclaim that they form part of the same case or controversy and derive from a common nucleus of operative facts.

**ANSWER:**     SSI admits the allegations of Paragraph 4.

5.     Venue is proper in this court because SSI's declaratory judgment action is pending in this court and, pursuant to 28 U.S.C. § 1391(b), because SSI has sold software and/or conducted business that uses software containing the infringing content, throughout the United States, including, upon information and belief, within this judicial district, such that the Counterclaims alleged arose, in part, in the Southern District of Alabama, and because this Court has personal jurisdiction over SSI in the Southern District of Alabama.

**ANSWER:**     SSI admits only that venue is proper in this Court.  SSI denies the remaining allegations of paragraph 5.

6.     In 1975, AHA formed its National Uniform Billing Committee to start the process of creating a single, standard billing form and data set that could be used nationwide by hospitals, other healthcare providers, and payers to process health care claims.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 6 and, therefore, denies the same.

7.     AHA spent seven years and invested considerable effort and resources in creating a standard billing form and supporting materials.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 7 and, therefore, denies the same.

8.     AHA's billing form identifies a core set of data about services provided to the patient in a hospital or other healthcare facility, the clinical basis for treatment, related events surrounding the patient's care, and other information needed by third-party payers. Each of these data elements is assigned a numbered space on the form.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 8 because it is unclear precisely to which "AHA billing form" they pertain.  SSI, therefore, denies the same.

9.      AHA created fourteen sets of codes that are used to complete certain numbered spaces on the billing form. These codes represent important information about the claim, such as the type of facility in which treatment was provided, the patient's condition, the patient's discharge status, the diagnosis and procedures performed, and any specific accommodation, ancillary service or special billing calculations or arrangements.

**ANSWER:**      SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 9 because it is unclear precisely to which "fourteen sets of codes" they pertain.  SSI, therefore, denies the same.

10.     AHA's Official Data Specifications Manual provides instructions for completing each numbered space on the billing form, including through detailed explanations of the fourteen sets of codes.

**ANSWER:**      SSI admits only that "AHA's Official Data Specifications Manual provides instructions for completing each numbered space on the billing form," and denies the remaining allegations of Paragraph 10.

11.     Since creating the first uniform billing form and associated Official Data Specifications Manual, AHA has spent considerable time, effort and resources updating the form, as well as the associated codes and manuals.

**ANSWER:**      SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 11 and, therefore, denies the same.

12.     The most recent version of the billing form and associated materials were approved in 2004 and published in 2006. This billing form is referred to as the UB-04 form. The associated manual is referred to as Official UB-04 Data Specifications Manual. The fourteen sets of codes are referred to as the UB-04 codes.

**ANSWER:**      SSI admits that a billing form is referred to as the UB-04 form, that the associated manual is referred to as the UB-04 Data Specification Manual, and that the codes to be used in the UB-04 form are referred to as UB-04 codes.  SSI denies the remaining allegations of Paragraph 12.

13.     Every year since 2006, AHA has published a new edition of the Official UB-04 Data Specifications Manual that incorporates all changes in the data specifications and codes that were adopted during that year.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 13 and, therefore, denies the same.

14.     AHA makes copies of the current edition of the Official UB-04 Data Specifications Manual available for sale to healthcare providers and other interested entities through Health Forum, LLC ("Health Forum") AHA's wholly-owned publishing, data and information subsidiary.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 14 and, therefore, denies the same.

15.     AHA owns the copyright in the Official UB-04 Data Specifications Manual and all of the codes contained therein.

**ANSWER:**     SSI admits only that AHA purports to own a copyright in the Official UB-04 Data Specifications Manual and all of the codes contained therein.  SSI denies the remaining allegations of Paragraph 15.

16.     AHA secured a copyright registration for the 2007 edition of the Official UB-04 Data Specifications Manual effective September 24, 2012, Registration No. TX 7-577-264.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 16 and, therefore, denies the same.

17.     AHA secured a copyright registration for the 2010 edition of the Official UB-04 Data Specifications Manual effective September 14, 2009, Registration No. TX 7-128-304. AHA filed its copyright application within three months of the first publication of the 2010 edition of the Official UB-04 Data Specifications Manual.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 17 and, therefore, denies the same.

18.     AHA secured a copyright registration for the 2011 edition of the Official UB-04 Data Specifications Manual effective August 27, 2010, Registration No. TX 7-240-631.

AHA filed its copyright application within three months of the first publication of the 2011 edition of the Official UB-04 Data Specifications Manual.

**ANSWER:**   SSI is without sufficient knowledge to admit or deny the allegations of Paragraph

18 and, therefore, denies the same.

19.   AHA secured a copyright registration for the 2012 edition of the Official UB-04 Data Specifications Manual effective July 22, 2011, Registration No. TX 7-406-701. AHA filed its copyright application within three months of the first publication of the 2012 edition of the Official UB-04 Data Specifications Manual.

**ANSWER:**   SSI is without sufficient knowledge to admit or deny the allegations of Paragraph

19 and, therefore, denies the same.

20.   AHA secured a copyright for the 2013 edition of the Official UB-04 Data Specifications Manual effective July 31, 2012, Registration No. TX 7-641-150.  AHA filed its copyright application within three months of the first publication of the 2013 edition of the Official UB-04 Data Specifications Manual.

**ANSWER:**   SSI is without sufficient knowledge to admit or deny the allegations of Paragraph

20 and, therefore, denies the same.

21.   AHA secured a copyright registration of a data file that includes only the code values and code titles (also referred to as the "short descriptions") for each of the fourteen codes contained within the Official UB-04 Data Specifications Manual effective May 4, 2012, Registration No. TX-7-538-546. Copies of the Certificates of Registration for the 2007 and 2010-2013 editions of the Official UB-04 Data Specifications Manual and for the data file that includes the code values and code titles are attached hereto as Exhibit A.

**ANSWER:**   SSI admits only that Exhibit A appears to consist of copies of certificates of

registration from the U.S. Copyright Office.  SSI is without sufficient knowledge to admit or

deny the remaining allegations of Paragraph 21 and, therefore, denies the same.

22.   Individual copies of the Official UB-04 Data Specifications Manual, which include a single user license, can be purchased from Health Forum through the Internet.

**ANSWER:**   SSI is without sufficient knowledge to admit or deny the allegations of Paragraph

22 and, therefore, denies the same.

23.     Every year from 2008 through 2012, SSI purchased at least one copy of the then-current edition of the Official UB-04 Data Specifications Manual.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 23 and, therefore, denies the same.

24.     Anyone purchasing copies of the 2008, 2009, 2010, or 2011 editions of the Official UB-04 Data Specifications Manuals through the internet was required to complete an order form that specified that the UB-04 Manual subscription provides only a single user license.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 24 and, therefore, denies the same.

25.     SSI purchased the 2008, 2009, 2010, and 2011 editions of the Official UB- 04 Data Specifications Manual through the internet and was put on notice that AHA owned the copyright and that it had only a single user license for each of these editions of the Official UB- 04 Data Specifications Manual.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 25 and, therefore, denies the same.

26.     On June 17, 2011, SSI signed a Site License Agreement with AHA that granted SSI a license to print hard copies of the 2012 edition of the Official UB-04 Data Specifications Manual and to view the 2012 edition of the Official UB-04 Data Specifications Manual on SSI's computer network ("2012 Edition License Agreement"). A copy of the 2012 Edition License Agreement is attached as Exhibit B hereto.

**ANSWER:**     SSI admits the allegations of Paragraph 26.

27.     The 2012 Edition License Agreement specifies that the copyright ownership information regarding the Official UB-04 Data Specifications Manual was detailed in the manual itself. The 2012 Official UB-04 Data Specifications Manual identifies AHA as the owner of the copyright in the manual. Additionally, both the title and the subject line of the 2012 Edition License Agreement identify AHA as the owner of the copyright in the manual.

**ANSWER:**     SSI admits only that the 2012 Official UB-04 Data Specifications Manual and that the title and the subject line of the 2012 Edition License Agreement identify AHA as the

purported owner of a copyright in the manual.  SSI denies the remaining allegations of

Paragraph 27.

28.     The 2012 Edition License Agreement further specifies that materials from the UB-04 Manual may not be "recompiled, manipulated, or used to prepare derivative works, or published in another format" without prior written permission from AHA.

**ANSWER:**     SSI admits the allegations of Paragraph 28.

29.     The 2012 Edition License Agreement provides that it will be governed by the laws of the State of Illinois and the United States of America and will be deemed to have been executed in and performed solely in the State of Illinois.

**ANSWER:**     SSI admits the allegations of Paragraph 29.

30.     SSI agreed to the terms of the 2012 Edition License Agreement when it returned an executed version of the agreement to AHA.

**ANSWER:**     SSI admits the allegations of Paragraph 30.

31.     AHA has not given written permission to SSI to recompile, manipulate, prepare derivative works, or publish in another format any material from the UB-04 Manual.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph

31 and, therefore, denies the same.

32.     According to SSI's website, SSI provides healthcare software and services that empower customers to more efficiently manage and control their fiscal operations.

**ANSWER:**     SSI admits the allegations of Paragraph 32.

33.     According to SSI's website, SSI's software is used by both healthcare providers seeking to recover revenue for patient care services and supplies as well as by payers seeking to pay claims submitted by healthcare providers.

**ANSWER:**     SSI admits the allegations of Paragraph 33.

34.     According to SSI's website, over 2,200 clients in the United States have used SSI's software.

**ANSWER:**     SSI admits the allegations of Paragraph 34.

35.     SSI had access to and is using in its software content that is the same as or substantially similar to content from multiple editions of the Official UB-04 Data Specifications Manual, including but not limited to the short descriptions and revenue codes ("Infringing Content").

**ANSWER:**     SSI denies the allegations of Paragraph 35.

36.     For example, upon information and belief, SSI's ClickOn Billing software contains Infringing Content.

**ANSWER:**     SSI denies the allegations of Paragraph 36.

37.     Upon information and belief, SSI's ClaimSmart Suite software also contains Infringing Content.

**ANSWER:**     SSI denies the allegations of Paragraph 37.

38.     AHA has not consented to or authorized in any way SSI's use of the Infringing Content in SSI's software and/or services.

**ANSWER:**     SSI denies the allegations of Paragraph 38.

39.     Upon information and belief, SSI updates its software to reflect changes that are made to the Official UB-04 Data Specifications Manual every time AHA releases a new edition.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 39 and, therefore, denies the same.

40.     In March 2012, a representative of Health Forum informed SSI that Health Forum had become aware that SSI may be using Infringing Content from the Official UB-04 Data Specifications Manual in its software products without authorization and that SSI was required to enter into a license agreement with AHA or its subsidiaries if it was indeed using such content and wanted to continue to use such content.

**ANSWER:**     SSI admits only that in March 2012, a representative of Defendant Health Forum alleged that SSI was purportedly using content from the Official UB-04 Data Specifications Manual in its software products without authorization and that SSI was required to enter into a license agreement with AHA or its subsidiaries.   SSI denies the remaining allegations of Paragraph 40.

41.     On April 12, 2012, a representative of SSI indicated that SSI "does not use content from the UB-04 Manual within our products." That same day, a representative of Plaintiff responded by providing a screen shot from SSI's website advertising the inclusion of Infringing Content in software produced and sold by SSI.

**ANSWER:**     SSI admits only that on April 12, 2012, a representative of SSI indicated that, "We do not use content from the UB-04 Manual within our products. We use the NUBC as a reference guide only," and that a representative of AHA wrote to SSI and provided a screen shot purporting to show the inclusion of certain content in SSI's software.  SSI denies the remaining allegations of Paragraph 41.

42.     Between May and October of 2012, representatives of AHA and Health Forum and their counsel discussed with SSI and its counsel the need for SSI to have a license from AHA or its subsidiaries to use content from the Official UB-04 Data Specifications Manual in its software. Despite repeated requests, counsel for SSI refused to provide AHA with sufficient information about the nature and scope of SSI's use of the Infringing Content in its software products to allow the parties to have a meaningful discussion about the specific terms of the license.

**ANSWER:**     SSI admits only that the parties and their respective counsel were engaged in discussions regarding a potential license of the Official UB-04 Data Specifications Manual.  SSI denies the remaining allegations of Paragraph 42.

43.     Although AHA hoped and intended to reach a license agreement with SSI through good-faith license negotiations, SSI filed a declaratory judgment action and AHA now has no choice but to proceed with filing these Counterclaims for copyright infringement and breach of contract.

**ANSWER:**     SSI denies the allegations of Paragraph 43.

## COUNT I

44.     AHA incorporates by reference the allegations contained in paragraphs 1 through 43 of these Counterclaims.

**ANSWER:**     SSI incorporates and re-alleges its Answers to Paragraphs 1-43 of the Counterclaims as its answer to Paragraph 44 of the Counterclaims.

45.     AHA owns all right, title and interest in and to the copyrights in each of the editions of the Official UB-04 Data Specifications Manual and all content contained therein.

**ANSWER:**     SSI denies the allegations of Paragraph 45.

46.     AHA has obtained copyright registrations for the 2007, 2010, 2011, 2012, and 2013 editions of the Official UB-04 Data Specifications Manual and for the fourteen code sets contained therein.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph

46 and, therefore, denies the same.

47.     SSI has infringed AHA's copyrights in each of the editions of the Official UB-04 Data Specifications Manual listed in paragraph 46 above and the UB-04 codes contained therein by copying, publishing and/or incorporating Infringing Content from each of these editions of the Official UB-04 Data Specifications Manual in its software.

**ANSWER:**     SSI denies the allegations of Paragraph 47.

48.     The aforesaid acts of SSI constitute multiple counts of copyright infringement in violation of in violation of 17 U.S.C. § 501.

**ANSWER:**     SSI denies the allegations of Paragraph 48.

49.     SSI's infringement, including but not limited to SSI's use of the Infringing Content after notice that AHA owned the copyright in each edition of the Official UB-04 Data Specifications Manual and SSI's continued unauthorized use of Infringing Content after it was notified by AHA of the need to enter into a license agreement, was willful and intentional.

**ANSWER:**     SSI denies the allegations of Paragraph 49.

## COUNT II

50.     AHA incorporates by reference the allegations contained in paragraphs 1 through 49 of these Counterclaims.

**ANSWER:**     SSI incorporates and re-alleges its Answers to Paragraphs 1-49 of the

Counterclaims as its answer to Paragraph 50 of the Counterclaims.

51.     The 2012 Edition License Agreement is a valid and binding contract between SSI and AHA.

**ANSWER:**     SSI denies the allegations of Paragraph 51.

52.     AHA performed all of its obligations under the 2012 Edition License Agreement.

**ANSWER:**     SSI is without sufficient knowledge to admit or deny the allegations of Paragraph 52 and, therefore, denies the same.

53.     SSI committed a material breach of the 2012 Edition License Agreement by recompiling and publishing content from the 2012 edition of the Official UB-04 Data Specifications Manual in its commercial products.

**ANSWER:**     SSI denies the allegations of Paragraph 53.

54.     SSI's breach of the 2012 Edition License Agreement has caused and is causing AHA substantial damages, in an amount to be proven at trial.

**ANSWER:**     SSI denies the allegations of Paragraph 54.

## AFFIRMATIVE DEFENSES

Further answering the Counterclaims, SSI asserts the following defenses in response to the allegations of the Counterclaims, undertaking the burden of proof only as to those defenses required by law, regardless of how such defenses are denominated herein:

### Defendant's Failure to State a Claim

1.     The AHA's claims are barred in whole or in part for failure to state a claim upon which relief can be granted.

### Unclean Hands

2.     The AHA's claims are barred in whole or in part by the doctrine of unclean hands.

### Waiver, Laches, and Equitable Estoppel

3.     AHA's claims are barred by the doctrine of waiver because, upon information and belief, the AHA failed for years to even claim copyright protection in the UB-04 Data

Specifications Manual and the UB-04 Codes contained therein, much less enforce its purported copyright in those materials against any third party.

4.      AHA's claims are barred by the doctrines of laches and equitable estoppel.  AHA unreasonably delayed in bringing this action after learning that SSI was using the purportedly infringing codes, and in reliance on AHA's inaction, SSI invested considerable resources in developing its healthcare financial management software and expanding its business.

**<u>Copyright Misuse</u>**

5.      AHA has misused its copyrights and has unlawfully attempted to extend the scope of its alleged rights under copyrights that purportedly cover various versions of the Official UB-04 Data Specifications Manual and the UB-04 Codes contained therein (collectively, the "UB-04 Materials").

6.      Through the AHA's licensing model for the UB-04 Materials, it seeks to extract licensing fees for healthcare providers' use of UB-04 billing forms and UB-04 codes, which are activities well outside the scope of any protections available under the Copyright Act.


March 18, 2013                              Respectfully Submitted,

                                           /s/Lee J. Eulgen_____
                                           Lee J. Eulgen
                                           Gregory J. Leighton
                                           Neal, Gerber & Eisenberg LLP
                                           2 North LaSalle Street, Suite 1700
                                           Chicago, Illinois  60602
                                           Phone: 312.269.8000

                                           *Attorneys for The SSI Group, Inc.*

## CERTIFICATE OF SERVICE

I, Gregory J. Leighton, an attorney, state that I caused a copy of the foregoing, The SSI Group Inc.'s Answer to Counterclaims, to be served upon the following counsel of record via the Court's ECF system on March 18, 2013:

Lee E. Bains, Jr.
Christopher S. Randolph, Jr.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
lbains@maynardcooper.com
crandolph@maynardcooper.com
(205) 254-1000

Barry Johnson Parker
MAYNARD, COOPER & GALE, P.C.
11 North Water Street
Suite 27000
Mobile, AL 36602-5027
bparker@maynardcooper.com
(251) 432-0028

Michael F. Clayton
Anita B. Polott
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
mclayton@morganlewis.com
apolott@morganlewis.com
(202) 739-5397

Jason C. White
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
jwhite@morganlewis.com
(312) 324-1775

/s/Gregory Leighton